IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION AT CHICAGO

| | | |
|---|---|---|
| Young Innovations, Inc., | ) | |
|                 Plaintiff, | ) ) ) | Case No. 1:22-cv-6879 |
| v. | ) ) | Judge Lindsay C. Jenkins |
| US Dental, Inc., dba Young's Dental, Young's Dental, Inc., Peter S. Park, and Richard Park, | ) ) ) | Magistrate Judge Jeffrey Cummings |
|                 Defendants. | ) ) | |

## YOUNG INNOVATIONS' CONSENTED MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION

Plaintiff Young Innovations, Inc. ("Young Innovations"), with the express consent of Defendant Peter S. Park, through counsel, hereby moves this Court for the entry of a Consent Judgment and Permanent Injunction in the form attached hereto as Exhibit A. The attached Consent Judgment and Permanent Injunction has been agreed and consented to by Young Innovations and Peter S. Park, each of whom was represented by counsel in the negotiation of its terms. The parties hereto submit that there is good cause for entry of the Consent Judgment and Permanent Injunction in the form submitted.

Dated: September 23, 2024          Respectfully submitted,

**YOUNG INNOVATIONS, INC.**

By:    */s/ James M. Oehler*
        By Its Attorneys

Jennifer M. Mikulina (6275524)
James M. Oehler (6301897)
**MCDERMOTT WILL & EMERY LLP**
444 West Lake Street, Suite 4000
Chicago, IL 60606

Tele: +1 312 372 2000
Fax: +1 312 984 7700

Robert W. Zelnick (Admitted *pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
500 North Capitol Street, NW
Washington, DC 20001
Tele: +1 202 756 8000
Fax: +1 202 756 8087