# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Young Innovations, Inc.
                          Plaintiff,

v.                                               Case No.: 1:22−cv−06879
                                                            Honorable Lindsay C. Jenkins

US Dental, Inc., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 24, 2024:

       MINUTE entry before the Honorable Lindsay C. Jenkins: The Court grants the motion to enter a Consent Judgment and Permanent Injunction, as agreed by and between Young Innovations and Peter S. Park. Separate Order to issue. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.